In the Matter of ANTHONY RERA, Appellant, against
LEWIS E. LAWES, as Warden of Sing Sing Prison, et al.,
Constituting the Prison Board of Sing Sing Prison,
et al., Respondents.

(Argued October 3, 1935; decided October 22, 1935.)

686

*David H. Moses* for appellant.

*John J. Bennett, Jr., Attorney-General (Caleb Candee Brown, Jr.*, of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.